UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED
BY MAIL
SEP 01 2006
CLERK, US DIST. COURT
ST. PAUL, MN

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VIRGINIA HALL, Individually And as Trustee for the Heirs and Next-of-Kin to JAMES W. THIEL, SR., Deceased,

Plaintiff,

vs.

SOO LINE RAILROAD COMPANY,

Defendant.

Civil Action, File No. 00-CV-1357 DWF/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

DATED: 7/11/06.

SIEBEN, POLK, LAVERDIERE & DUSICH, P.A.

By [signature]

Michael S. Polk, #87397
999 Westview Drive
Hastings, MN 55033
(651) 437-3148

SCANNED
SEP 05 2006
U.S. DISTRICT COURT MPLS

H. Seward Lawlor, Esq.
GLASSER AND GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510

Willard J. Moody, Jr., Esq.
MOODY, STROPLE, KLOEPPEL, BASILONE AND HIGGINBOTHAM, INC.
Suite 300, 500 Crawford Street
P.O. Box 1138
Portsmouth, VA 23705

*Attorneys for Plaintiff*

DATED: 7/7/06.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By [signature]
Timothy K. Masterson, #203294
*Attorneys for Defendant*
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiff against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: 8/14/2006

BY THE COURT

[signature] J.
JAMES T. GILES
JUDGE OF U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was not transmitted to any counsel for defendants in that there are no defendants remaining this case.

Randall L. Iola

Mark H. Iola, OBA #4553
Randall L. Iola, OBA #13085
Stanley, Mandel & Iola, L.L.P.
1323 E. 71st Street, #315
Tulsa, OK 74136
918-524-5005
918-524-5006 (Fax)
Attorneys for Plaintiffs